# EXHIBIT B

# (Fully Redacted)